AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

|  |  |  |
|---|---|---|
| Tyrone Lorenzo Robinson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:14-cv-271-RBH |
| Doug Siefert, Raymond Clark, Sheriff PJ Tanner and | ) | |
| Top Dollar Pawn and Sales | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.


This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.


Date:   May 15, 2014                                     *CLERK OF COURT*


                                                         s/Debbie Stokes
                                                         _____
                                                         *Signature of Clerk or Deputy Clerk*